IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| CELESTE KIRBY,<br><br>　　　　　　　Plaintiff,<br>v.<br><br>SUZANNE LARSON, et al.,<br><br>　　　　　　　Defendants. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No. 2:15-cv-602-DN-BCW<br><br>District Judge David Nuffer |

　　　The Report and Recommendation[1] issued by United States Magistrate Judge Brooke C. Wells on March 15, 2016 recommends that the Defendants' Motion to Dismiss Complaint[2] be granted and the case be dismissed with prejudice.

　　　The parties were notified of their right to file objections to the Report and Recommendation within 14 days of service pursuant to 28 U.S.C. § 636 and Fed. R. Civ. P. 72. No party filed a written objection to the Report and Recommendation as provided by the rules of the court. Therefore, the analysis and conclusion of the magistrate judge are accepted and

　　　IT IS HEREBY ORDERED that the Report and Recommendation[3] is ADOPTED and the above-captioned matter is DISMISSED with prejudice.

　　　The Clerk shall close the case.

　　　Signed March 30, 2016.

　　　　　　　　　　　　　　　　　　　BY THE COURT

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　District Judge David Nuffer

---

[1] Docket no. 15, filed Mar. 15, 2016.

[2] Docket no. 13, filed Jan. 13, 2016.

[3] Docket no. 15, filed Mar. 15, 2016.